■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY R. WILSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered June 25, 1991, convicting him of burglary in the third degree and criminal mischief in the fourth degree, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the defendant's conviction of burglary in the third degree beyond a reasonable doubt. Upon the exercise of our factual review power, we are satisfied that the verdict on that count was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's contention that certain evidence seized at and after the time of his arrest should have been suppressed is without merit, as this evidence was either seized pursuant

to a search incident to a lawful arrest, or was never in the defendant's possession at all.

The defendant's contention that the verdict was repugnant was not preserved for appellate review *(see, People v Alfaro,* 66 NY2d 985), and we decline to reach it in the exercise of our interest of justice jurisdiction. Lawrence, J. P., Copertino, Pizzuto and Santucci, JJ., concur.